

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROSALINDA CINTRON, <br><br> Plaintiff, <br><br> v. <br><br> TITLE FINANCIAL CORPORATION, FIRST AMERICAN TITLE COMPANY OF MONTANA, INC. d/b/a INSURED TITLES, INSURED TITLES, LLC, and JOHN DOES 1-5, <br><br> Defendants | CR 17-108- M-DLC <br><br> ORDER |

Before the Court is the Parties' Stipulated Motion to Dismiss Defendant First American Title Company of Montana, d/b/a/ Insured Titles. After reviewing the motion and finding good cause appearing,

IT IS ORDERED that the Parties' Motion (Doc. 10) is GRANTED. Defendant First American Title Company of Montana, Inc. d/b/a/ Insured Titles is DISMISSED WITHOUT PREJUDICE.

Dated this 13th day of October, 2017.

Dana L. Christensen, Chief Judge
United States District Court

-1-