FILED

DEC 06 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROSALINDA CINTRON,<br><br>Plaintiff,<br><br>v.<br><br>TITLE FINANCIAL CORPORATION, INSURED TITLES, LLC, and JOHN DOES 1-5,<br><br>Defendants. | CV-17-108-M-DLC<br><br><br><br>ORDER |

Before the Court is Defendants' Unopposed Motion for Leave to File Supplemental Evidence Under Seal. (Doc. 109.)

It is ORDERED that the motion (Doc. 109) is GRANTED. Defendants may file the newly acquired documents from CMC, Inc. under seal.

DATED this 6th day of December, 2018.

Dana L. Christensen, Chief District Judge
United States District Court

1