FILED

DEC 07 2018

Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROSALINDA CINTRON,<br><br>Plaintiff,<br><br>vs.<br><br>TITLE FINANCIAL CORPORATION, INSURED TITLES, LLC, and JOHN DOES 1-5,<br><br>Defendants. | CV 17-108-M-DLC<br><br>ORDER |

On December 6, 2018, the Court held a hearing on the parties' pending discovery motions. During the hearing, the Court learned of the existence of additional documents that may be relevant to Plaintiff's Second and Third Motions to Compel (Docs. 44 & 62).

Accordingly, IT IS ORDERED that Defendants electronically file the following documents for *in camera* review on or before Wednesday, December 12, 2018: (1) any attachments to the documents identified as DEF 708–09, 400–01, and 721; (2) the recently disclosed and withheld emails identified by Plaintiff during the motions hearing, which are highlighted in Doc. 112-1; and (3) any attachments to those emails highlighted in Doc. 112-1.

-1-

DATED this 7th day of December, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court