**FILED**

JAN 0 2 2019

Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROSALINDA CINTRON, | CV-17-108-M-DLC |
| Plaintiff, | |
| v. | ORDER |
| TITLE FINANCIAL CORPORATION, INSURED TITLES, LLC, and JOHN DOES 1-5, | |
| Defendants. | |

Before the Court is Plaintiff's Unopposed Motion for Leave to File

Exhibits to her Reply Supporting Motion to Exclude Defenses Relating to

Hormone Replacement Therapy Under Seal. (Doc. 127.)

It is ORDERED that the motion (Doc. 127) is GRANTED. Plaintiff may

file Exhibits MM and AE.2 under seal.

DATED this 2nd day of January, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

1