

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROSALINDA CINTRON, | CV-17-108-M-DLC |
| Plaintiff, | |
| v. | ORDER |
| TITLE FINANCIAL CORPORATION, INSURED TITLES, LLC, and JOHN DOES 1-5, | |
| Defendants. | |

Before the Court is Plaintiff's Unopposed Motion for Leave to File Exhibit TT (Doc. 120-12) to her Objection to Defendants' Motions in Limine under Seal. (Doc. 129.)

It is ORDERED that the motion (Doc. 129) is GRANTED. The Clerk shall seal Exhibit TT (Doc. 120-12).

DATED this 2nd day of January, 2019.

Dana L. Christensen, Chief District Judge
United States District Court

1