FILED
FEB 04 2019
Clerk, U.S Courts
District Of Montana
Missoula Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| ROSALINDA CINTRON,<br><br>Plaintiff,<br><br>vs.<br><br>TITLE FINANCIAL CORPORATION, INSURED TITLES, LLC, and JOHN DOES 1-5,<br><br>Defendants. | CV 17–108–M–DLC<br><br>ORDER |

Before the Court is the parties' Stipulated Motion to Dismiss with Prejudice. (Doc. 135.)

IT IS ORDERED that the motion (Doc. 135) is GRANTED. This matter is DISMISSED with prejudice. Each party shall bear its own costs and attorneys' fees.

DATED this 4th day of February, 2019.

Dana L. Christensen, Chief Judge
United States District Court

-1-